AARON D. FORD
Attorney General
MICHELLE DI SILVESTRO ALANIS
Supervising Senior Deputy Attorney General
NV Bar No. 10024
Personnel Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.*
*its Department of Motor Vehicles and Julie*
*Butler*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE; JULIE BUTLER, DIRECTOR OF THE NEVADA DMV; and DOES 1 through 10,<br><br>     Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441(a), Defendant, State of Nevada, DEPARTMENT OF MOTOR VEHICLES ("Defendant") hereby notices removal of the action entitled *Christopher Smith v. State of Nevada, Department of Motor Vehicle Office; Julie Butler, Director of the Nevada DMV,* Case No. A-23-876676-C, from the Eighth Judicial District Court for the State of Nevada to the United States District Court for the District of Nevada. In support of this Notice of Removal, Defendants states as follows:

### PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS

1. On August 25, 2023, Plaintiff Christopher Smith ("Plaintiff") filed suit against Defendants alleging two causes of action, including alleged violations of Title VII of the Civil Rights Act of 1964, 2 U.S.C. §2000e, *et seq.,* Age Discrimination in Employment Act of 1967, as amended 29 U.S.C. § 621, e*t seq*. and state law. *See* Complaint, attached as Exhibit A.

2. Service of summons and a copy of the Complaint upon Defendants was made on August 30, 2023. *See* Proof of Service, attached hereto as Exhibit B.

3. Service of summons and a copy of the Complaint was made upon the Nevada Attorney General on August 30, 2023. *See* Proof of Service attached hereto as Exhibit C.

4. Defendants have not yet answered or otherwise responded to Plaintiff's Complaint.

**GROUNDS FOR REMOVAL**

5. A defendant has the right to remove any civil action brought in state court by which this Court would have original jurisdiction. *See* 28 U.S.C. § 1441(a).

6. This Court has original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court also has "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

7. This Court has jurisdiction over Plaintiff's Complaint because it asserts violations of laws of the United States. This Court also has supplemental jurisdiction over Plaintiff's state tort claims because such claims are so related to Plaintiff's federal law claims that they form the same case or controversy.

8. No consent from other defendants is required under 28 U.S.C. § 1446(b)(2)(A). The State of Nevada, Department of Motor Vehicles and the Director of the Department of Motor Vehicles are the only defendants. Accordingly, Defendants have the right to seek removal of Plaintiff's action to this Court.

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

9. This Court is the proper court to which to remove Plaintiff's action under 28 U.S.C. § 1446(a) because the Eighth Judicial District Court for the State of Nevada, wherein the action was pending, is located within the district of this Court.

10. The removal of this action is timely under U.S.C. § 1446(b) because this Notice was filed within thirty days of August 30, 2023, the date that Plaintiff served Defendants pursuant to NRCP 4.2(d)(1)(B). *See* Exhibit B and C.

11. After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on Plaintiff's counsel and file the same with the Clerk of the Eighth Judicial District Court in and for the State of Nevada in accordance with 28 U.S.C. § 1446(d).

**NON-WAIVER OF DEFENSES**

12. By removing this action from the Eighth Judicial District Court in and for the State of Nevada, Defendant does not waive any defenses available to them.

13. By removing this action from the Eighth Judicial District Court in and for the State of Nevada, Defendant does not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE,** Defendants remove the above-captioned action from the Eighth Judicial District Court in and for the State of Nevada to the United States District Court for the District of Nevada.

RESPECTFULLY SUBMITTED this 29th day of September, 2023.

AARON D. FORD
Attorney General


By: */s/ Michelle Di Silvestro Alanis*
MICHELLE DI SILVESTRO ALANIS
Supervising Senior Deputy Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing by using the CM/ECF system on September 29, 2023.

I further certify that on September 29, 2023, I mailed by United States Mail the foregoing to the following counsel of record:

Michael P. Balaban
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141-4216
(702)586-2964

/s/ Anela Kaheaku
An Employee of the Office
of the Attorney General

**<u>INDEX OF EXHIBITS</u>**

Exhibit A    Complaint                                                11 Pages

Exhibit B    Affidavit of Service (Defendant)                          2 Pages

Exhibit C    Affidavit of Service (Attorney General)                   2 Pages