AARON D. FORD
Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
Supervising Senior Deputy Attorney General
Personnel Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.*
*its Department of Motor Vehicles and Julie*
*Butler*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE; JULIE BUTLER, DIRECTOR OF THE NEVADA DMV; and DOES 1 through 10,<br><br>Defendants. | Case No. 23-cv-1559-JCM-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>(First Request) |

Defendants, Department of Motor Vehicles, and Julie Butler, by and through counsel, Aaron D. Ford, Attorney General, Michelle Di Silvestro Alanis, Supervising Senior Deputy Attorney General, and Plaintiff, Christopher Smith, by and through counsel, Michael P. Balaban, Esq., hereby stipulate pursuant to LR IA 6-1, LR IA 6-2, to extend the time for Defendants to Answer or Otherwise Respond to Plaintiffs' Complaint (ECF No. 1-1). This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Complaint.

Plaintiff filed his Complaint on August 25, 2023, in the Eighth Judicial District Court. Defendants were served on August 30, 2023. On September 29, 2023, Defendants removed the case to this Court.

Although Defendants' counsel has been reviewing relevant documents and records and working on responding to Plaintiff's Complaint following removal of the case to this Court, counsel requires more

time to complete a Response. This request for extension is made in good faith and not for the purpose of delay.

  WHEREFORE, the parties stipulate that the time for Defendants to file their Answer or otherwise Respond to Plaintiff's Complaint be extended to November 9, 2023.

  APPROVED AS TO FORM AND CONTENT on the 12th day of October, 2023.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | Law Offices of Michael P. Balaban |
| By: _/s/ Michelle Di Silvestro Alanis_<br>Michelle Di Silvestro Alanis (Bar. No. 10024)<br>Supervising Senior Deputy Attorney General<br>*Attorneys for Defendants* | By: _/s/ Michael P. Balaban_<br>Michael P. Balaban (Bar No. 9370)<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>*Attorneys for Plaintiff*<br>[Permission to sign electronically received in writing] |

**ORDER**

IT IS SO ORDERED.

DATED this  13  day of  October , 2023.

_[signature]_