Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE; JULIE BUTLER, DIRECTOR OF THE NEVADA DMV; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:23-cv-1559-JCM-BNW<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE and JULIE BUTLER, DIRECTOR OF THE NEVADA DMV (collectively "Defendants") motion to dismiss filed on November 9, 2023, for which the response is currently due on November 23, 2023, will be continued until December 3, 2023.

1

1 | Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond
2 | to said motion given other matters Plaintiff's counsel is involved in and the dispositive nature of
3 | the motion.  No previous continuances or extensions have been requested or granted as to the
4 | filing of Plaintiff's response to Defendants' motion to dismiss.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for Plaintiff

Dated: November 17, 2023

AARON D. FORD
ATTORNEY GENERAL

/s/ Michelle DiSivestro Alanis
Michelle DiSivestro Alanis, Esq.
555 E. Washington Ave., Suite 3900
Las Vegas, NV  89101
Attorney for Defendants

Dated: November 17, 2023


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 20, 2023