AARON D. FORD
 Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
 Supervising Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov

*Attorneys for Defendant State of Nevada, Department of Motor Vehicle Office and Julie Butler*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE; JULIE BUTLER, DIRECTOR OF THE NEVADA DMV; and DOES 1 through 10,<br><br>    Defendants. | Case No. 23-cv-1559-JCM-BNW<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

### STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION

Defendants, STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE and JULIE BUTLER, and Plaintiff CHRISTOPHER SMITH, by and through their respective counsel, hereby respectfully request that the Court continue the Early Neutral Evaluation conference in this matter which, by recent order of this Court, is set to commence at 9:00 a.m. on Monday, November 27, 2023. *See* ECF No. 8.

The Court's Order Scheduling Early Neutral Evaluation ("ENE") instructs that all parties must be present in person for the duration of the ENE. *Id*. Unfortunately, the undersigned counsel for the Defendants, is out of the office on November 30, 2023, which was previously scheduled and conflicts with the time and date of the currently scheduled ENE. Plaintiff's counsel has generously stipulated to continue the November 27, 2023, ENE to another date where the parties, counsel, and the Court are

available.

In light of this scheduling conflict, the parties are currently available on the following dates: December 4, 2023, and January 10, 2024. Therefore, the parties respectfully request that the Court continue the ENE to one of the above-mentioned dates or the Court's next available date.

DATED this 17th day of November 2023          DATED this 17th day of November 2023.

AARON D. FORD
Attorney General                                                    LAW OFFICES OF MICHAEL P. BALABAN

By:  /s/ Michelle Di Sivlestro Alanis                 By:  /s/ Michael P. Balaban
    MICHELLE DI SILVESTRO ALANIS          MICHAEL P. BALABAN, Esq.
    Supv. Sr. Deputy Attorney General            Nevada Bar No. 5135
    Nevada Bar No. 10024                                *Attorney for Plaintiff*
    *Attorneys for Defendant*                         *Christopher Smith*
    STATE OF NEVADA,
    DEPARTMENT OF MOTOR VEHICLE OFFICE
    and JULIE BUTLER

## ORDER

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that the Early Neutral Evaluation scheduled for November 27, 2023 is VACATED and **RESET** to **Wednesday, January 24, 2024** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on Wednesday, January 17, 2024.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 8) remain in effect.

DATED:  November 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE