AARON D. FORD
Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
Supervising Senior Deputy Attorney General
Personnel Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone:  (702) 486-3268
Facsimile:   (702) 486-3773
E-Mail: malanis@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.
its Department of Motor Vehicles and Julie
Butler*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLE OFFICE; JULIE BUTLER, DIRECTOR OF THE NEVADA DMV; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 23-cv-1559-JCM-BNW<br><br>**STIPULATION AND<br>ORDER TO EXTEND DEADLINE FOR<br>DEFENDANTS TO FILE THEIR<br>REPLY IN SUPPORT OF THEIR<br>MOTION TO DISMISS**<br><br>(First Request) |

　　　Defendants, Department of Motor Vehicles, and Julie Butler, by and through counsel, Aaron D. Ford, Attorney General, Michelle Di Silvestro Alanis, Supervising Senior Deputy Attorney General, and Plaintiff, Christopher Smith, by and through counsel, Michael P. Balaban, Esq., hereby stipulate pursuant to LR 7-1, LR IA 6-1, LR IA 6-2, to extend the time for Defendants to file a Reply in Support of their Motion to Dismiss  (ECF No. 10).  This is the first request for an extension of time to file a Reply in Support of Defendants' Motion to Dismiss.

　　　Defendants filed a Motion to Dismiss on November 9, 2023. Plaintiff filed a Response to Defendants Motion to Dismiss on December 3, 2023, and Defendants' Reply in Support of its Motion to

Dismiss is due on December 11, 2023. The parties stipulate to extend Defendants' deadline to file its Reply to December 20, 2023.

The extension is requested to give Defendants adequate time to reply given other matters and deadlines Defendants' counsel is working on as well as accommodate time that Defendant's counsel is currently scheduled to be on annual leave.

WHEREFORE, the parties stipulate that the time for Defendants to file their Reply is extended to December 20, 2023.

DATED this 8th day of December, 2023.          DATED this 9th day of December, 2023.

AARON D. FORD                                   Law Offices of Michael P. Balaban
Attorney General

By:   /s/ Michelle Di Silvestro Alanis           By:  /s/ Michael P. Balaban
Michelle Di Silvestro Alanis (Bar. No. 10024)    Michael P. Balaban (Bar No. 9370)
Supervising Senior Deputy Attorney General       10726 Del Rudini St.
*Attorneys for Defendants*                       Las Vegas, NV 89141
                                                 *Attorneys for Plaintiff*
                                                 [Permission to sign electronically received in writing]

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  December 11, 2023