Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel.,<br>DEPARTMENT OF MOTOR VEHICLES<br><br>Defendant. | CASE NO.: 2:23-cv-1559-JCM-BNW<br><br>STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES<br><br>(Second Request) |

COME NOW, Plaintiff, named above, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., and Defendant, named above, by and through their counsel of record, MATTHEW ESTRADA, ESQ., pursuant to Local Rule 26-4, herein stipulate, agree and make joint application to extend the discovery cut-off and related dates for a period of sixty (60) days up to and including July 20, 2026.  The present discovery cut-off date is May 21, 2026, and no calendar call date or trial date has been set.

This request is being made timely in accordance with LR 26-4 and the prior scheduling order which provides that requests for further discovery extensions must be made no later than

1

twenty-one (21) days before the existing discovery cut-off date, or here by April 30, 2026.  This is the second request for an extension.

This stipulation is made and based upon the following factors.  Plaintiff's counsel has extensive work obligations in other cases including two motions for summary judgment he has to respond to and four depositions he has to take in other cases before the end of the month, in addition to a trial that is scheduled in the first week of May and two complaints which must be filed later in May.  He will also be out of town from June 15 – June 26, 2026.  Defendant's counsel also has other work obligations including labor union negotiations continuing from April through June.

To date, the parties have both exchanged initial disclosures and both parties have propounded interrogatories and requests for production of documents.  Plaintiff has responded to Defendant's written discovery and Defendant's responses are currently due April 17, 2026.  Defendant intends to take Plaintiff's deposition and Plaintiff's intends to five or six depositions of current and former employees of Defendant.  As to the former employees of Defendant, these will take longer to schedule as they will likely have to be located and subpoenaed.

Thus, the parties think there is good cause for another extension which the parties believe with be the last.  Further this request for an extension is not for purposes of delay but rather to provide the parties sufficient time, given their current caseloads and upcoming obligations, to schedule and take the depositions of Plaintiff and Defendant's employees and former employees, who might have to be subpoenaed and possibly even compelled to appear, to complete discovery.

Given the above, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 05/21/26 | 07/20/26 |
| Dispositive Motions | 06/22/26 | 08/21/26 |

| Pretrial Order | 07/21/26 | 09/21/26[1][2] |

In accordance with LR 26-4 the parties understand that any further requests for discovery extensions must be made no later than twenty-one days before the new proposed discovery cut-off date, *i.*e., July 20, 2026, or no later than twenty-one days before any other deadline sought to be extended.  The parties and their attorneys have diligently worked to complete discovery as expediently as possible and will work to timely complete the remaining discovery.

Dated this 17th day of April, 2026.

LAW OFFICES OF MICHAEL P.
BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for Plaintiff

ARRON  D.  FORD,  Attorney
General

/s/ Matthew E. Estrada
Matthew E. Estrada, Esq.
Office of Attorney General
1 Nevada Way, Suite 100
Las Vegas, NV  89101
Attorneys for Defendant

Dated:

April  20 , 2026

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE .

---

[1] 30 days falls on a Saturday.

[2] Or 30 days after the decision on the last dispositive motion.

3